IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICE SHENEL LEFTWICH | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-300 |
| JACOB T. LEW | : |

## ORDER

**AND NOW**, this 14th day of December 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 25), Plaintiff's Response (ECF Doc. No. 26), and as described in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 25) is **GRANTED** as Plaintiff did not adduce evidence from which we could find genuine issues of material fact precluding judgment as a matter of law dismissing Plaintiff's claims of race discrimination, retaliation and hostile work environment.

The Clerk of Court shall **close** this case.

KEARNEY, J.